NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK S. GRUNBERG; ENTCOM,          )
INC., and TBLM, INC., d/b/a THE     )
BOTTOM LINE,                        )
                                    )
        Appellants,                 )
                                    )
v.                                  )     Case No.  2D18-2102
                                    )
JOHN KENNETH ANDERSON,              )
                                    )
        Appellee.                   )
_____)

Opinion filed April 26, 2019.

Appeal from the Circuit Court for Lee
County; Michael T. McHugh, Judge.

Mark S. Grunberg, pro se.

Philip M. Gerson, Edward S. Schwartz
and David Markel of Gerson & Schwartz,
P.A., Miami, for Appellee.


PER CURIAM.


                Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.